## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | VICTORIA A. CIPRIANI |
| Case Number: | 18-21571-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 08, 2018 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/9/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#16 - Final Confirmation of Plan Dated 5/16/2018 (NFC)
+Objections By: PNC Mortgage
R / M #: 16 / 0

### Appearances:

Debtor: Short
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Con't for plan review*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/31/19 at 10:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/31/2018  12:39:14PM