**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Victoria A. Cipriani**
  Debtor(s)

Bankruptcy Case No.: 18−21571−CMB

Chapter: 13
Docket No.: 41 − 40
Concil. Conf.: January 16, 2020 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 1, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 18, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 16, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 17, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21571-CMB
Victoria A. Cipriani                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 410            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
```
db           +Victoria A. Cipriani,    105 Crest Street,    Box 113,    Cuddy, PA 15031-9711
14817697    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court:  Columbia Gas Company,    POB 742537,    Cincinnati, OH 45274-2537)
14817702     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14817704     +Lodovico & Associates P.C.,    2211 Ardmore Boulevard,    Pittsburgh, PA 15221-4825
14817709      PNC Bank,    3232 Newmark Drive,    Pittsburgh, PA 15237
14874612     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14817707     +Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
14817710     +South Fayette Township Muni. Auth.,    900 Presto Sygan Road,    Bridgeville, PA 15017-1983
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:31:09
              Americredit Financial Services, Inc. Dba GM Financ,   P.O Box 183853,
              Arlington, TX 76096-3853
14849455      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:31:09
              Americredit Financial Services, Inc.,    Dba GM Financial,   P.O Box 183853,
              Arlington, TX 76096
14817694     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:31:09
              AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14817695     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:41:36       Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14817696     +E-mail/Text: bankruptcy@clearviewfcu.org Sep 18 2019 03:31:57       Clearview Federal Cu,
              8805 University Blvd,    Moon Township, PA 15108-4212
14817698     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 18 2019 03:33:12
              Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
              Norwood, MA 02062-2679
14817699     +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 18 2019 03:32:39
              Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Rd,
              Pittsburgh, PA 15205-3956
14817700     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2019 03:40:43       Credit One Bank,
              Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14817701     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2019 03:42:50       Credit One Bank NA,
              POB 98873,    Las Vegas, NV 89193-8873
14873610     +E-mail/Text: kburkley@bernsteinlaw.com Sep 18 2019 03:32:58       Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14817703     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:31:09       GM Financial,
              POB 183834,    Arlington, TX 76096-3834
14868254      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:40:52
              LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14868243      E-mail/Text: bkr@cardworks.com Sep 18 2019 03:30:36       MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14817705     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:31:56       Midland Funding,
              2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14864348     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:31:56       Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14833477      E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:42:37       ONEMAIN,    P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
14817706     +E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:41:27       OneMain,    Po Box 1010,
              Evansville, IN 47706-1010
14877332     +E-mail/Text: csc.bankruptcy@amwater.com Sep 18 2019 03:33:13       Pennsylvania American Water,
              PO Box 578,    Alton, IL 62002-0578
14817708     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:31:34
              Pennsylvania Department of Revenue,    Bankruptcy Division,    POB 280946,
              Harrisburg, PA 17128-0946
14870844     +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:32:26       Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14865363      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:42:25       Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14817711     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:30:39
              Verizon,    POB 15026,    Albany, NY 12212-5026
14817712      E-mail/Text: bankruptcy@firstenergycorp.com Sep 18 2019 03:32:07       West Penn Power,
              POB 3615,    Akron, OH 44309-3615
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS
```

```
District/off: 0315-2          User: dsaw                Page 2 of 2                  Date Rcvd: Sep 17, 2019
                              Form ID: 410              Total Noticed: 31

cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14859620*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,     ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
14828076*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                             TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
              Gary William Short    on behalf of Debtor Victoria A. Cipriani garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION as servicer for PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```