**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Victoria A. Cipriani**
   Debtor(s)

Bankruptcy Case No.: 18−21571−CMB

Chapter: 13
Docket No.: 50 − 49
Concil. Conf.: January 21, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 3, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 18, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 19, 2020

                                                 Carlota M. Bohm
                                               United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victoria A. Cipriani  
    Debtor(s)

Case No. 18-21571-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 410 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria A. Cipriani, 105 Crest Street, Box 113, Cuddy, PA 15031-9711 |
| 14817697 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14817702 | + | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14817704 | + | Lodovico & Associates P.C., 2211 Ardmore Boulevard, Pittsburgh, PA 15221-4825 |
| 15133192 | + | Municipal Authority of the Township of, South Fayette, c/o Romel L. Nicholas, Esq., 519 Court Place, Pittsburgh, PA 15219-2002 |
| 14817709 | | PNC Bank, 3232 Newmark Drive, Pittsburgh, PA 15237 |
| 14874612 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14817707 | + | Pennsylvania American Water, POB 371412, Pittsburgh, PA 15250-7412 |
| 14817710 | + | South Fayette Township Muni. Auth., 900 Presto Sygan Road, Bridgeville, PA 15017-1983 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 02:02:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14849455 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 02:02:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14817694 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 02:02:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14817695 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:17:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14817696 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 20 2020 02:02:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14817698 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2020 02:03:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14817699 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 20 2020 02:02:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14817700 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2020 02:17:04 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14817701 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2020 02:17:05 | Credit One Bank NA, POB 98873, Las Vegas, NV 89193-8873 |
| 14873610 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 20 2020 02:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14817703 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 02:02:00 | GM Financial, POB 183834, Arlington, TX 76096-3834 |
| 14868254 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 20 2020 02:18:01 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868243 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2020 02:18:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14817705 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:02:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14864348 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:02:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14833477 | | Email/PDF: cbp@onemainfinancial.com | Oct 20 2020 02:17:56 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14817706 | + | Email/PDF: cbp@onemainfinancial.com | Oct 20 2020 02:18:51 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14877332 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 20 2020 02:03:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14817708 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14870844 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2020 02:02:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14865363 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2020 02:19:02 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14817711 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2020 02:01:00 | Verizon, POB 15026, Albany, NY 12212-5026 |
| 14817712 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2020 02:02:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14859620 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14828076 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION as servicer for PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Victoria A. Cipriani garyshortlegal@gmail.com  gwshort@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5