IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-21571-CMB |
| Victoria A. Cipriani | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Document No. _____ |
| | ) | Related to Document No. 53 |

### CONSENT ORDER MODIFYING JANUARY 22, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated January 22, 2021 it is

ORDERED that Part "1.G." be amended to add the following: Americredit Financial Services, Inc. (Claim No. 4) shall govern as to amount, classification, and rate of interest, with payment determined by the Trustee.

The January 22, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlotta M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Gary W. Short
Gary W. Short, Esquire (PA I.D. #36794)
Attorney for debtor
212 Windgap Road
Pittsburgh PA 15237
412-765-0100
garyshortlegal@gmail.com