**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| **In re:** ) | Bankruptcy No. 18-21571 CMB |
| **Victoria A. Cipriani,** ) | Chapter 13 |
|        Debtor, ) | Docket No. |
| **Gary W. Short,** ) | |
|        Movant, ) | Hearing Date and Time: |
| vs. ) | August 10, 2021 at 1:30 p.m. |
| **Ronda J. Winnecour, Trustee,** ) | Responses Due: July 7, 2021 |
|        Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on June 21, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than July 7, 2021.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: July 8, 2021               /s/ Gary W. Short
                                       Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                       212 Windgap Road, Pittsburgh, PA 15237
                                       Tele. (412) 765-0100 / Fax (412) 536-3977
                                       E-mail garyshortlegal@gmail.com