**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In re: | ) Bankruptcy No. 18-21571 CMB |
| **Victoria A. Cipriani,** | ) Chapter 13 |
|                 Debtor, | ) Docket No. |
| **Gary W. Short,** | ) |
|                 Movant, | ) Hearing Date and Time: |
|     vs. | ) August 10, 2021 at 1:30 p.m. |
| **Ronda J. Winnecour, Trustee,** | ) Responses Due: July 7, 2021 |
|                 Respondent. | ) |

# ENTERED BY DEFAULT
## ORDER OF COURT

This 9th day of July, 2021, upon consideration of the Application for Interim Compensation and Reimbursement of Expenses which was filed by Gary W. Short, counsel for Debtor(s) in the above-captioned case, it is hereby ORDERED that:

1. Gary W. Short is allowed a Chapter 13 administrative expense in the amount of $6,997.90 which includes $6,840.00 in legal services and $157.90 in expenses for the period of April 22, 2018 to June 21, 2021 (the "Claim");

2. The Claim shall be paid at a rate of $544.00 per month beginning in the plan month following the entry of this order to the extent funds are on hand and to the extent the payments share pro rata with long term continuing debts and administrative claims; and

3. If at the time the Chapter 13 Trustee holds sufficient funds to pay the balance of the Claim by a lump sum or at a higher monthly rate without diminishing current distributions to creditors holding long term continuing debts and administrative claims, the Chapter 13 Trustee shall promptly do so.

_____
Chief Judge Carlota M. Bohm
United States Bankruptcy Court

FILED
7/9/21 7:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21571-CMB |
| Victoria A. Cipriani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 1 |
| Date Rcvd: Jul 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria A. Cipriani, 105 Crest Street, Box 113, Cuddy, PA 15031-9711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION as servicer for PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Victoria A. Cipriani garyshortlegal@gmail.com  gwshort@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5