766 Cipriani Wm2

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In re: ) | |
| **Victoria A. Cipriani,** ) | Case No. 18-21571 CMB |
| Debtor, ) | |
| **Victoria A. Cipriani,** ) | Chapter 13 |
| Movant, ) | |
| Vs. ) | Docket No. |
| **United Parcel Service, Inc. ,** ) | |
| Respondent. ) | |

**Certificate of Service of Wage Order**

    I, Gary W. Short, certify under penalty of perjury that on October 8, 2021, I served the most recently entered wage attachment order in this case for Victoria A. Cipriani with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328

Victoria A. Cipriani
105 Crest Street
Cuddy, PA 15031

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on October 8, 2021

                                            /s/ Gary W. Short
                                            Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                            212 Windgap Road, Pittsburgh, PA 15237
                                            Tele. (412) 765-0100 / Fax (412) 536-3977
                                            E-mail garyshortlegal@gmail.com