Declaration to COD cipriani 011421

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| **Victoria A. Cipriani,** ) | |
| Debtor, ) | Case No. 18-21571 CMB |
| **Ronda J. Winnecour, Trustee,** ) | Chapter 13 |
| Movant, ) | Docket No. ____ |
| vs. ) | Related to Docket No. 70, 71 |
| **Victoria A. Cipriani,** ) | |
| Respondent. ) | |

### DECLARATION UNDER PENALTY OF PERJURY IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

    I (We), Victoria A. Cipriani, hereby declare under penalty of perjury that the statements set forth below in this Declaration and Exhibits are true and correct to the best of my (our) knowledge or information and belief and that I (we) understand this statement and verification is made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities, which provides that if I (we) make knowingly false averments, I (we) may be subject to criminal penalties.

    1.    The reason for my (our) default under my (our) plan is that my husband is not working due to an on the job injury and he has not received any worker's compensation payments yet.

    2.    My (Our) current address is 105 Crest Street, Box 113, Cuddy, Pa 15031 .

    3.    Attached hereto as Exhibit "A" is documentary proof of my most recent payments to the Chapter 13 Trustee which was paid after the day the Trustee filed the Certificate of Default.

Date: January 24, 2022        /s/ Victoria A. Cipriani
                                                   Victoria A. Cipriani



*Memo from the Law Office of*
**Gary W. Short**
**212 Windgap Road**
**Pittsburgh, PA 15237**
T: 412.765.0100
Fax: 412.536.3977
garyshortlegal@gmail.com

Jan. 24, 2022

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689-4002

Re: Debtor(s): Victoria A. Cipriani

Chapter 13 Case No.: 18-21571 CMB

Dear Ms. Winnecour:

Please find enclosed 1

☐ money order(s); ☐ treasurer's check; ☐ cashier's check; ☐ attorney escrow account check in the amount of $ 926 00 for the Chapter 13 plan of the above named debtor(s). If you have any questions, please contact my office.

926 00

Sincerely,

Gary W. Short

GWS/ws
Enclosure

SM trustee payment memo 103117

EXHIBIT "A"





Print Page   Printer Friendly

**FINANCIAL SUMMARY - CASE 18-21571**

| UNITED PARCEL SERVICE INC paying **$1,040.00** MONTHLY for VICTORIA A. CIPRIANI |
| VICTORIA A. CIPRIANI paying **$846.00** MONTHLY |

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits:  Select Start Date ▼   Select Claim ID ▼   Select Payee Name ▼   Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 6/1/2018 | | | 140682 5-25-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 6/1/2018 | | | 1578478 5-26-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 6/1/2018 | | | 1578479 5-26-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $38.00 | | |
| 7/3/2018 | | | 13677435 6-29-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,539.00 | | |
| 7/19/2018 | | | 14757669 7-12-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $122.95 | | |
| 7/23/2018 | | | 14767972 7-19-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $117.43 | | |
| 8/1/2018 | | | 14779349 7-26-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/7/2018 | | | 4793990 8-2-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $122.67 | | |
| 8/17/2018 | | | 14804831 8-9-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/20/2018 | | | 14815665 8-16-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/27/2018 | | | 14827223 8-23-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $120.96 | | |
| 8/27/2018 | | | 6693891 8-21-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $845.00 | | |
| 9/5/2018 | | | 14841659 8-30-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/11/2018 | | | 14851944 9-6-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $124.55 | | |
| 9/17/2018 | | | 14861229 9-13-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $121.92 | | |
| 9/25/2018 | | | 14871585 9-20-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/2/2018 | | | 14882596 9-27-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $119.85 | | |
| 10/9/2018 | | | 14893850 10-4-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $124.30 | | |
| 10/18/2018 | | | 14904573 10/11/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/22/2018 | | | 25374355380 10-16-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $845.00 | | |
| 10/23/2018 | | | 4917665 10-18-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/1/2018 | | | 14928355 10-25-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/5/2018 | | | 14942345 11/1/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $121.54 | | |
| 11/14/2018 | | | 14953100 11-8-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/21/2018 | | | 14965178 11-15-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/3/2018 | | | 14974921 11-21-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/4/2018 | | | 4985845 11-29-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/11/2018 | | | 15001246 12-6-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $113.88 | | |
| 12/14/2018 | | | 4362128 12-12-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $845.00 | | |
| 12/19/2018 | | | 5015252 12-13-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $79.46 | | |
| 12/24/2018 | | | 15025510 12-20-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $137.25 | | |
| 1/3/2019 | | | 15035858 12/27/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $139.41 | | |
| 1/7/2019 | | | 15048973 1-3-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $24.96 | | |
| 1/15/2019 | | | 15062943 1-10-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/23/2019 | | | 15076261 1-17-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/1/2019 | | | 15089617 1-25-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/4/2019 | | | 15099517 2-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $76.67 | | |
| 2/12/2019 | | | 5110061 2-7-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $103.36 | | |
| 2/19/2019 | | | 15119822 2/14/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/25/2019 | | | 15129197 2-21-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/4/2019 | | | 5143798 3-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/13/2019 | | | 15154949 3/7/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $119.69 | | |
| 3/18/2019 | | | 15165924 3-14-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/25/2019 | | | 5176058 3-21-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/1/2019 | | | 15185461 3-28-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/8/2019 | | | 15198084 4/4/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $118.98 | | |
| 4/15/2019 | | | 15208487 4/11/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/16/2019 | | | 25789813042 4-13-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 4/16/2019 | | | 25789813053 4-13-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $31.00 | | |
| 4/16/2019 | | | 25789813064 4-13-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $118.00 | | |
| 4/24/2019 | | | 15218593 4/18/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/1/2019 | | | 15227293 4/25/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/7/2019 | | | 15240273 5-2-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/13/2019 | | | 15249372 5-9-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |

| Date | | Ref # | Description | Amount | | |
|---|---|---|---|---|---|---|
| 5/20/2019 | | 15259705 5-16-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/3/2019 | | 15269883 5/23/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/3/2019 | | 15280381 5-30-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/10/2019 | | 5292857 6-6-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/17/2019 | | 5304223 6/13/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/24/2019 | | 15314619 6-20-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/8/2019 | | 5329469 7-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/8/2019 | | 15337138 7-3-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $104.62 | | |
| 7/15/2019 | | 15350336 7/11/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/22/2019 | | 15360311 7-18-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/22/2019 | | 15360311 7-18-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/29/2019 | | 15370962 7-25-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/5/2019 | | 15385016 8-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/19/2019 | | 15407536 8-15-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/26/2019 | | 15417641 8-22-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/3/2019 | | 15428011 8/29/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/9/2019 | | 15440727 9-5-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/1/2019 | | 15450401 9/12/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/1/2019 | | 15460502 9-19-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/1/2019 | | 5471201 9/26/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/7/2019 | | 15485195 10-3-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/15/2019 | | 5494099 10-10-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/22/2019 | | 15503788 10/17/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/1/2019 | | 15513783 10/24/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/4/2019 | | 15525680 11-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/13/2019 | | 15536608 11-7-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/21/2019 | | 15548063 11-14-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/21/2019 | | 90578461 11-16-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $638.00 | | |
| 11/21/2019 | | 90578450 11-16-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 12/2/2019 | | 15558238 11-21-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/4/2019 | | 15568750 11-27-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/9/2019 | | 15580020 12-5-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/16/2019 | | 15591667 12-12-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/2/2020 | | 15604495 12-19-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/2/2020 | | 15616706 12/26/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/6/2020 | | 15624317 1-2-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/13/2020 | | 15639106 1-10-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/21/2020 | | 15652829 1-16-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/27/2020 | | 15663131 1/23/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/3/2020 | | 15676350 1-30-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/10/2020 | | 15687255 2/6/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/18/2020 | | 15696882 2-13-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/24/2020 | | 15706471 2/20/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/2/2020 | | 15717261 2-27-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/16/2020 | | 15731934 3/6/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/19/2020 | | 15740473 3-13-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/24/2020 | | 15747709 3/19/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/1/2020 | | 15755951 3-26-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/2/2020 | | 71588824 3-30-20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 4/2/2020 | | 71588835 3-30-20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $309.00 | | |
| 4/7/2020 | | 15766764 4-2-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/15/2020 | | 15775121 4/9/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/23/2020 | | 15785284 4-17-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/27/2020 | | 15790172 4/23/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/4/2020 | | 5800408 5-1-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/11/2020 | | 15808782 5-7-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/18/2020 | | 15815852 5/14/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/26/2020 | | 1582219 5-21-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/2/2020 | | 5830053 5-28-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/8/2020 | | 15840320 6-4-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/8/2020 | | 15840320 6-4-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/15/2020 | | 90486810 6/12/20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 6/15/2020 | | 90486821 6/12/20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $309.00 | | |
| 6/15/2020 | | 5847845 6-11-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |

| Date | | | Ref # | Description | Amount | | |
|---|---|---|---|---|---|---|---|
| 6/22/2020 | | | 15854476 6/18/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/1/2020 | | | 15863683 6-26-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/13/2020 | | | 15880227 7-9-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/23/2020 | | | 15887851 7-16-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/23/2020 | | | 15887851 7-16-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/27/2020 | | | 15895093 7-23-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/6/2020 | | | 5903902 7-30-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/10/2020 | | | 15913276 8-6-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/20/2020 | | | 5920413 8-13-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/24/2020 | | | 15928050 8-20-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/1/2020 | | | 5935871 8-27-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/15/2020 | | | 15952103 9/10/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/22/2020 | | | 15959916 9-17-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/1/2020 | | | 15968690 9-24-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/8/2020 | | | 15982155 10-2-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/13/2020 | | | 1598836 10/8/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/23/2020 | | | 15995006 10-15-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/26/2020 | | | 16002529 10-22-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/2/2020 | | | 6009654 10-29-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/13/2020 | | | 16021211 11-6-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/1/2020 | | | 16027522 11-12-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/1/2020 | | | 16036269 11-20-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/3/2020 | | | 16041660 11-25-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/7/2020 | | | 25399602 12-2-20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 12/7/2020 | | | 25399613 12-2-20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $246.00 | | |
| 12/11/2020 | | | 16050070 12-4-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 12/14/2020 | | | 6056708 12-10-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/4/2021 | | | 16065768 12/17/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/4/2021 | | | 16072863 12-23-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/5/2021 | | | 6078370 12-30-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/15/2021 | | | 16088769 1/8/21 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/22/2021 | | | 16096662 1/15/21 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 1/29/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $587.50 | | |
| 2/1/2021 | | | 16100841 1-21-21 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/1/2021 | | | 16110515 1/28/21 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/11/2021 | | | 000000016122894 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/12/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $587.50 | | |
| 2/18/2021 | | | 000000016128223- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 2/22/2021 | | | 000000016135248- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/1/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.50 | | |
| 3/2/2021 | | | 000000016142394- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/8/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.50 | | |
| 3/11/2021 | | | 000000016152945- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/19/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 3/19/2021 | | | 000000016158868- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 3/26/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 3/26/2021 | | | 000000016165572- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/1/2021 | | | 000000016172733- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/2/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 4/5/2021 | | | 000000016181588- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/9/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 4/12/2021 | | | 000000016189515- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/19/2021 | | | 000000016196897- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 4/26/2021 | | | 000000016204405- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/3/2021 | | | 000000016213576- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/12/2021 | | | 000000016220948- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/12/2021 | | | 000000016220948- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/18/2021 | | | 000000016228127- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 5/25/2021 | | | 000000016235836- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/7/2021 | | | 000000016254817- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/8/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $300.00 | | |
| 6/14/2021 | | | 000000016262772- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 6/18/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 6/24/2021 | | | 000000016272508- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |

| Date | | | Reference | Description | Amount | | |
|---|---|---|---|---|---|---|---|
| 6/25/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 6/28/2021 | | | 000000016278054- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/2/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 7/8/2021 | | | 000000016288408- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/12/2021 | | | | TFS - NATIONWIDE TFS RECEIPT | $293.00 | | |
| 7/13/2021 | | | 000000016295411- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/19/2021 | | | 000000016303920- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 7/19/2021 | | | 000000016303920- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/2/2021 | | | 000000016315439- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/4/2021 | | | 000000016322457- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/17/2021 | | | 000000016335701- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 8/24/2021 | | | 000000016342751- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/2/2021 | | | 000000016353069- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/7/2021 | | | 000000016358759- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/14/2021 | | | 000000016367293- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/23/2021 | | | 000000016376716- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 9/28/2021 | | | 000000016381229- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/7/2021 | | | 000000016393007- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/18/2021 | | | 000000016401286- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/19/2021 | | | 000000016406368- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 10/25/2021 | | | 000000016411860- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $140.00 | | |
| 11/4/2021 | | | 000000016422754- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $209.51 | | |
| 11/12/2021 | | | 000000016431338- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 11/17/2021 | | | 000000016436727- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 11/23/2021 | | | 000000016443166- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 12/1/2021 | | | 000000016449720- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 12/8/2021 | | | 000000016458551- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 12/14/2021 | | | 000000016465480- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 12/23/2021 | | | 000000016477089- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 1/3/2022 | | | 000000016481109- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 1/7/2022 | | | 000000016489913- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 1/11/2022 | | | 000000016497237- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| 1/14/2022 | | | | TFS - NATIONWIDE TFS RECEIPT | $200.00 | | |
| 1/18/2022 | | | 000000016505064- | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $240.00 | | |
| | | | | Totals: | $43,252.96 | $0.00 | |