766 stipulation to mod plan 021622

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Victoria A. Cipriani,**

    **Debtor,**

**Case No. 18-21571 CMB**

**Chapter 13**

---

**Victoria A. Cipriani**

    **Movant,**

**Hearing Date and Time:**

vs.

**Responses due:**

**Ronda J. Winnecour, Trustee,**

    **Respondent.**

## AMENDED STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒      a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:    Debtor, Victoria A. Cipriani.

☐      a motion to lift stay
             as to creditor    _____

☐      Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 12/03/2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

- ☒ Debtor(s) Plan payments shall be changed from $1,886.00 to $2,051.00 per month, effective <u>February 22, 2022; and the Plan term shall not be changed</u> .

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve the Stipulated Order Modifying Plan on or _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: Trustee's Certificate of Default (Doc. # 70) is treated as resolved by this order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

766 stipulation to mod plan 021622

**SO ORDERED**, this \_\_\_\_ day of _____, 2022\_\_

Dated: _____

_____
United States Bankruptcy Judge
Chief Judge Carlota M. Bohm

Stipulated by:

/s/ Gary W. Short
Counsel to Debtor

Stipulated by:

/s/Owen Katz
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

-3-