766 stipulation to mod plan 021622

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Victoria A. Cipriani,**

        **Debtor,**

_____

**Case No. 18-21571 CMB**

**Chapter 13**

**Victoria A. Cipriani**

        Movant,

vs.

**Ronda J. Winnecour, Trustee,**

        Respondent.

**Hearing Date and Time:**

**Responses due:**

## AMENDED STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ☒    a motion to dismiss case or certificate of default requesting dismissal

    ☒    a plan modification sought by:   Debtor, Victoria A. Cipriani.

    ❑    a motion to lift stay
         as to creditor _____

    ❑    Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 12/03/2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

- ☒ Debtor(s) Plan payments shall be changed from $1,886.00 to $2,051.00 per month, effective <u>February 22, 2022; and the Plan term shall not be changed</u> .

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve the Stipulated Order Modifying Plan on or _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: Trustee's Certificate of Default (Doc. # 70) is treated as resolved by this order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

Certificate of Notice    Page 3 of 6

766 stipulation to mod plan 021622

**SO ORDERED**, this 18th day of February, 2022

Dated: 2/18/2022

*Carlota M. Böhm* dmk
United States Bankruptcy Judge
Chief Judge Carlota M. Bohm

Stipulated by:

/s/ Gary W. Short
Counsel to Debtor

Stipulated by:

/s/Owen Katz
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

FILED
2/18/22 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victoria A. Cipriani  
    Debtor

Case No. 18-21571-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 18, 2022      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria A. Cipriani, 105 Crest Street, Box 113, Cuddy, PA 15031-9711 |
| 14817697 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14817704 | + | Lodovico & Associates P.C., 2211 Ardmore Boulevard, Pittsburgh, PA 15221-4825 |
| 15133192 | + | Municipal Authority of the Township of, South Fayette, c/o Romel L. Nicholas, Esq., 519 Court Place, Pittsburgh, PA 15219-2002 |
| 14817709 | | PNC Bank, 3232 Newmark Drive, Pittsburgh, PA 15237 |
| 14817707 | + | Pennsylvania American Water, POB 371412, Pittsburgh, PA 15250-7412 |
| 14817710 | + | South Fayette Township Muni. Auth., 900 Presto Sygan Road, Bridgeville, PA 15017-1983 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2022 23:35:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14849455 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2022 23:35:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14817694 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2022 23:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14817695 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2022 23:40:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14817696 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 18 2022 23:35:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14817698 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 18 2022 23:35:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14817699 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 18 2022 23:35:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14817700 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2022 23:40:58 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14817701 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2022 23:40:55 | Credit One Bank NA, POB 98873, Las Vegas, NV 89193-8873 |
| 14873610 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 18 2022 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14817702 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 18 2022 23:40:55 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14817703 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2022 23:35:00 | GM Financial, POB 183834, Arlington, TX 76096-3834 |

Case 18-21571-CMB  Doc 82  Filed 02/20/22  Entered 02/21/22 00:21:12  Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14868254 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2022 23:40:59 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868243 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2022 23:40:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14817705 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 18 2022 23:35:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14864348 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 18 2022 23:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14833477 | | Email/PDF: cbp@onemainfinancial.com | Feb 18 2022 23:40:57 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14817706 | + | Email/PDF: cbp@onemainfinancial.com | Feb 18 2022 23:40:57 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14874612 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2022 23:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14877332 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 18 2022 23:35:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14817708 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14870844 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2022 23:35:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14865363 | | Email/PDF: ebn_ais@aisinfo.com | Feb 18 2022 23:40:53 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14817711 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 18 2022 23:35:00 | Verizon, POB 15026, Albany, NY 12212-5026 |
| 14817712 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 18 2022 23:35:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14859620 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14828076 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 18, 2022 | Form ID: pdf900 | Total Noticed: 32

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION as servicer for PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Gary William Short
on behalf of Debtor Victoria A. Cipriani garyshortlegal@gmail.com gwshort@verizon.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5