766 cipriani wm4

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In re: | ) | |
| **Victoria A. Cipriani,** | ) | Case No. 18-21571 CMB |
| Debtor, | ) | |
| **Victoria A. Cipriani,** | ) | Chapter 13 |
| Movant, | ) | Motion No. ☒ WO-3 |
| Vs. | ) | Motion No. ☐ WO-3 |
| **Centene Management Company, LLC,** | ) | |
| Respondent. | ) | |

### Certificate of Service of Wage Order

I, Gary W. Short, certify under penalty of perjury that on February 22, 2022, I served the most recently entered wage attachment order in this case for Victoria A. Cipriani with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

Centene Management Company, LLC
7700 Forsyth Blvd.
St. Louis, MO 63105

Victoria A. Cipriani
105 Crest Street
Cuddy, PA 15031

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on February 22, 2022

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com