## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Victoria A. Cipriani, ) | Case No. 18-21571 CMB |
|     Debtor, ) | Chapter 13 |
| Mary Bower Sheats and Gary W. Short, ) | Docket No. _____ |
|     Movants, ) | Hearing Date and Time: |
| vs. ) | January 19, 2023 at 1:30 p.m. |
| Victoria A. Cipriani, ) | Responses due: December 8, 2022 |
|     Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
JOINT MOTION TO SUBSTITUTE MARY BOWER SHEATS AS COUNSEL
FOR DEBTOR IN PLACE OF GARY W. SHORT AND CERTIFICATION OF
APPROVAL OF SUBSTITUTION OF COUNSEL BY DEBTOR**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **JOINT MOTION TO SUBSTITUTE MARY BOWER SHEATS AS COUNSEL FOR DEBTOR IN PLACE OF GARY W. SHORT AND CERTIFICATION OF APPROVAL OF SUBSTITUTION OF COUNSEL BY DEBTOR** filed on November 21, 2022 ("Motion") has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections or responses to the Motion were to be filed and served no later than December 8, 2022

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 9, 2022        /s/ Gary W. Short_____
                                        Gary W. Short, Esquire (PA Bar I.D. No. 36794)
                                        Attorney for the Debtor
                                        212 Windgap Road, Pittsburgh, PA 15237
                                        Tele. (412) 765-0100 / Fax (412) 536-3977
                                        E-mail garyshortlegal@gmail.com