**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/23/2023

IN RE:

| | |
|---|---|
| VICTORIA A. CIPRIANI<br>105 CREST STREET<br>BOX 113<br>CUDDY, PA 15031<br>XXX-XX-0693         Debtor(s) | Case No. 18-21571 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/23/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 3   INT %: 7.90%<br>Court Claim Number: 4<br>CLAIM: 4,497.29<br>COMMENT: CL4GOV*NT PROV/PL*DK! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2465 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 4   INT %: 4.00%<br>Court Claim Number: 2<br>CLAIM: 137.82<br>COMMENT: 138@4%/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0380 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*DKT4PMT-LMT*BGN 5/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5833 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2465 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 452.51<br>COMMENT: CAPITAL ONE*LAST TRANSACTION 3/10/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3240 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,006.36<br>COMMENT: 1493/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4170 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONWIDE INS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5601 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US HEART VASCULAR PC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1207 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 663.10<br>COMMENT: CREDIT ONE BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7961 |
| **CREDIT ONE BANK**<br>POB 98873<br>LAS VEGAS, NV 89193 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 626.27<br>COMMENT: REF 3423618485 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7565 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 542.31<br>COMMENT: REF 3423618688 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1874 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CREDIT ONE BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3269 |
| **ONE MAIN FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,906.04<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6270 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 231.77<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0337 |
| **SOUTH FAYETTE MUNICIPAL AUTHORITY**<br>C/O GAITENS TUCCERI & NICHOLAS PC<br>519 COURT PL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 668.76<br>COMMENT: NO ACCT~NO$/SCH*GU BAR TIMELY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4275 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 945.09<br>COMMENT: LAST TRANSACTION 2/8/2018 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br> FAIRMONT, WV 26554 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **FRANK CIPIRANI** <br> 105 CREST ST <br> CUDDY, PA 15031 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /SCH H | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **ROBERTA KALESKY** <br> 105 CREST ST <br> CUDDY, PA 15031 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /SCH H | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number:2 <br> CLAIM: 57.95 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0380 |
| **LODOVICO & ASSOCIATES PC** <br> 2211 ARDMORE BLVD <br> PITTSBURGH, PA 15221 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number:5 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*NO$/PACER-CL*DEFECTIVE*NO CL FORM | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: CIPR |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM: 13,969.08 <br> COMMENT: $CL-PL*THRU 4/18 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 1831 |
| **CLERK, U S BANKRUPTCY COURT** <br> ATTN: FILING FEE CLERK <br> 600 GRANT ST 5414 US STEEL TWR <br> PITTSBURGH, PA 15219 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 310.00 <br> COMMENT: FEES/PL | CRED DESC: FILING FEES <br> ACCOUNT NO.: 18-21571CMB |
| **MERRICK BANK** <br> C/O RESURGENT CAPITAL SVCS** <br> POB 10368 <br> GREENVILLE, SC 29603-0368 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*CAPITAL ONE BANK*STALE CL 1087.01 W/D*DOC 97 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8692 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*HSBC BANK*STALE CL 1181.92 W/D*DOC 96 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5613 |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:30  INT %: 0.00% <br> Court Claim Number:13 <br> CLAIM: 47.64 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7576 |

| CLAIM RECORDS | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC MORT/PRAE | |