**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| VICTORIA A. CIPRIANI | Case No. 18-21571CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| GARY W SHORT ESQ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

COUNSEL HAS NOT CASHED THE LAST DISBURSEMENT CHECK ISSUED AND THE CHECK HAS NOT BEEN RETURNED AS UNDELIVERABLE.

Payment was mailed to :

GARY W SHORT ESQ
212 WINDGAP RD
PITTSBURGH,PA 15237

The Movant further certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/13/2024.

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR'S COUNSEL:
GARY W SHORT ESQ, 212 WINDGAP RD, PITTSBURGH, PA  15237

DEBTOR'S COUNSEL:
MARY BOWER SHEATS ESQ, 1195 WASHINGTON PIKE STE 325, BRIDGEVILLE, PA  15017

DEBTOR(S):
VICTORIA A. CIPRIANI, 105 CREST STREET, BOX 113, CUDDY, PA  15031