IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Victoria A. Cipriani | : | Case No. 18-21571 CMB |
|   Debtor | : | |
| Victoria A. Cipriani | : | Chapter 13 |
|   Movant | : | |
|   vs. | : | Related to documents no. 101 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|   Respondents | : | |
| | : | |

CERTIFICATION OF NO OBJECTION REGARDING
<u>MOTION TO DISMISS FILED AT DOCUMENT 101</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other
responsive pleading to the Motion to Dismiss Filed at Document No. 101, filed on June 16, 2024,
has been received. The undersigned further certifies that the Court's docket in this case has been
reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Filed at
Document No. 101, appears thereon. Pursuant to the Local Rule, objections to the Motion to
Dismiss Filed at Document No. 101, were to be filed and served no later than July 5, 2024.
It is hereby respectfully requested that the Order attached to the Motion to Dismiss filed at

Document 101, be entered by the Court.

Dated:   July 8, 2024            /s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA I.D. #27911
1195 Washington Pike
Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**