Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Victoria A. Cipriani** | : | Case No. 18−21571−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this *The 9th of July, 2024,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victoria A. Cipriani  
    Debtor

Case No. 18-21571-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jul 09, 2024     Form ID: 309     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria A. Cipriani, 105 Crest Street, Box 113, Cuddy, PA 15031-9711 |
| 14817697 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 15133192 | + | Municipal Authority of the Township of, South Fayette, c/o Romel L. Nicholas, Esq., 519 Court Place, Pittsburgh, PA 15219-2002 |
| 14817709 | | PNC Bank, 3232 Newmark Drive, Pittsburgh, PA 15237 |
| 14817710 | ++++ | SOUTH FAYETTE TOWNSHIP MUNI. AUTH., 700 HOLLAND ST, BRIDGEVILLE PA 15017-2113 address filed with court:, South Fayette Township Muni. Auth., 900 Presto Sygan Road, Bridgeville, PA 15017 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jul 10 2024 03:27:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2024 23:43:10 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2024 23:43:10 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14849455 | | EDI: PHINAMERI.COM | Jul 10 2024 03:27:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14817694 | + | EDI: PHINAMERI.COM | Jul 10 2024 03:27:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14817695 | + | EDI: CAPITALONE.COM | Jul 10 2024 03:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14817696 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 09 2024 23:33:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14817698 | + | EDI: CCS.COM | Jul 10 2024 03:28:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 14817699 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 09 2024 23:33:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14817700 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2024 23:43:10 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14817701 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 09 2024 23:43:14 | Credit One Bank NA, POB 98873, Las Vegas, NV 89193-8873 |
| 14873610 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 09 2024 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14817702 | + | EDI: AMINFOFP.COM | Jul 10 2024 03:28:00 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14817703 | + | EDI: PHINAMERI.COM | Jul 10 2024 03:27:00 | GM Financial, POB 183834, Arlington, TX 76096-3834 |
| 14868254 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2024 23:43:10 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868243 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2024 23:43:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14817705 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2024 23:33:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14864348 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2024 23:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14833477 | | EDI: AGFINANCE.COM | Jul 10 2024 03:27:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14817706 | + | EDI: AGFINANCE.COM | Jul 10 2024 03:27:00 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14874612 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 09 2024 23:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14877332 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 09 2024 23:33:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14817707 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 09 2024 23:33:00 | Pennsylvania American Water, POB 371412, Pittsburgh, PA 15250-7412 |
| 14817708 | + | EDI: PENNDEPTREV | Jul 10 2024 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14817708 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 09 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14870844 | + | EDI: JEFFERSONCAP.COM | Jul 10 2024 03:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14865363 | | EDI: AIS.COM | Jul 10 2024 03:28:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14817711 | + | EDI: VERIZONCOMB.COM | Jul 10 2024 03:27:00 | Verizon, POB 15026, Albany, NY 12212-5026 |
| 14817712 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 09 2024 23:33:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14859620 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14828076 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

14817704    ##+    Lodovico & Associates P.C., 2211 Ardmore Boulevard, Pittsburgh, PA 15221-4825

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION as servicer for PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mary Bower Sheats | on behalf of Debtor Victoria A. Cipriani mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5