**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| VICTORIA A. CIPRIANI | Case No.:18-21571 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/22/2018 and confirmed on 06/29/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,383.93 |
| Less Refunds to Debtor | 680.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,703.93 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,973.47 | |
|    Trustee Fee | 4,769.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,742.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 80,540.42 | 0.00 | 80,540.42 |
|     Acct: 5833 | | | | |
|   PNC BANK NA | 13,969.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 1831 | | | | |
|   PA DEPARTMENT OF REVENUE* | 137.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 0380 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 4,497.29 | 4,495.26 | 615.28 | 5,110.54 |
|     Acct: 2465 | | | | |
| | | | | 85,650.96 |
| **Priority** | | | | |
|   MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VICTORIA A. CIPRIANI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VICTORIA A. CIPRIANI | 680.00 | 680.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-21571 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| GARY W SHORT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY W SHORT ESQ | 2,997.90 | 2,973.47 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1-21 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX1CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2465 | | | | |
| MIDLAND FUNDING LLC | 452.51 | 0.00 | 0.00 | 0.00 |
| Acct: 3240 | | | | |
| CLEARVIEW FCU** | 1,006.36 | 0.00 | 0.00 | 0.00 |
| Acct: 4170 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5601 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1207 | | | | |
| MIDLAND FUNDING LLC | 663.10 | 0.00 | 0.00 | 0.00 |
| Acct: 7961 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 626.27 | 0.00 | 0.00 | 0.00 |
| Acct: 7565 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 542.31 | 0.00 | 0.00 | 0.00 |
| Acct: 1874 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3269 | | | | |
| ONE MAIN FINANCIAL SERVICES INC(*) | 1,906.04 | 0.00 | 0.00 | 0.00 |
| Acct: 6270 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 231.77 | 0.00 | 0.00 | 0.00 |
| Acct: 0337 | | | | |
| SOUTH FAYETTE MUNICIPAL AUTHORITY | 668.76 | 0.00 | 0.00 | 0.00 |
| Acct: 4275 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 945.09 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 57.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0380 | | | | |
| LODOVICO & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: CIPR | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8692 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5613 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 47.64 | 0.00 | 0.00 | 0.00 |
| Acct: 7576 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANK CIPIRANI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTA KALESKY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 18-21571 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 85,960.96 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 310.00 |
| SECURED | 18,604.19 |
| UNSECURED | 7,147.80 |

Date: 08/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com